IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANK H. CANTRELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 2:21-CV-00693-ECM |
| | ) | |
| AMERICAN BLUE RIBBON HOLDINGS, LLC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), Plaintiff Frank H. Cantrell and Defendant American Blue Ribbon Holdings, LLC, stipulate that this action be dismissed with prejudice, with each party to bear his or its own costs and fees.

Respectfully submitted this 2nd day of February, 2022.

Jamie Austin Johnston
**JAMIE AUSTIN JOHNSTON PC**
P.O. Box 4663
Montgomery, AL 36103
(334) 202-9228 Telephone
jamie@jjohnstonpc.com

Attorney for Plaintiff

Charles A. Powell IV
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL 35203-3204
Telephone: 205.421.4700
cpowell@littler.com

Attorneys for Defendant