IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK H. CANTRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:21-cv-693-ECM |
| | ) |
| AMERICAN BLUE RIBBON | ) |
| HOLDINGS, LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On February 1, 2022, the parties filed a joint stipulation of dismissal, (doc. 14). This case is presently stayed. Accordingly, for good cause, it is

ORDERED that the stay previously entered in this matter is LIFTED.

Upon consideration of the Joint Stipulation of Dismissal, (doc. 14), which comports with Fed. R. Civ. P. 41(a)(1)(ii), it is further

ORDERED that this action is dismissed with prejudice, each party to bear their own costs, by operation of Rule 41.

The Clerk of the Court is DIRECTED to close this case.

DONE this 3rd day of February, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE